**H.E. Rohrer LLC**
Rohrer Bus Service
PO Box 100
Duncannon, PA 17020

**Earnings Statement**

Check Date: July 31, 20??
Period Beginning: July 01, 20??
Period Ending: July 15, 20??

**JAQUELYN M HOSTLER** Employee Number

| Location | 1300 | Voucher Number | 1403? |
|---|---|---|---|
| Dept | 1360 | Net Pay | 430.?? |
| Route | NA | | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Trip | 15.00 | 33.00 | 495.00 | 111.75 | 1676.25 |
| BonusSafe | | | | | 40.00 |
| HireIncent | | | | | 1250.00 |
| Meeting | | | | 3.25 | 33.15 |
| Misc | | | | 3.00 | 33.00 |
| RoutePay | | | | 634.00 | 11623.34 |
| Shuttle | | | | 11.75 | 129.25 |
| TELog | | | | 1.75 | 19.25 |
| **Total Gross Pay** | | 33.00 | 495.00 | 765.50 | 14804.24 |

| Taxes | Status | Taxable | Amount | YTD A? |
|---|---|---|---|---|
| Medicare | | 495.00 | 7.18 | 214 |
| OASDI | | 495.00 | 30.69 | 917 |
| PA SUI - EE | | 495.00 | 0.34 | 10 |
| Marysville B. | | 495.00 | 8.91 | 266 |
| Silver Spring T LST( | | 495.00 | 2.17 | 30 |
| Pennsylvania SITW | | 495.00 | 15.20 | 454 |
| Federal Income Tax | S | 495.00 | | 729 |
| **Total Tax Withholding** | | | 64.49 | 2623 |

**Deductions** Amount YTD A?
**No Deductions**

| Direct Deposits | Account | Amount |
|---|---|---|
| | | 430.51 |
| **Total Direct Deposits** | | 430.51 |

**Benefits** Hours Amount YTD Hrs YTD Amt

**Accruals** Doll?

Please use the link below to view a 401K plan notice for a trustee change - password is Employee
https://www.rohrerbus.com/employee-information/employee-announcements/

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**H.E. Rohrer LLC**
Rohrer Bus Service
PO Box 100
Duncannon, PA 17020

**Direct Deposit Advice**
Check Date        Voucher Num
July 31, 2023          140?

\*\*\*This is not a check\*\*\*

1300-1360-NA  3808  140302  150
**JAQUELYN M HOSTLER**
521 ASH ST
MARYSVILLE, PA 17053

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**H.E. Rohrer LLC**
Rohrer Bus Service
PO Box 100
Duncannon, PA 17020

**Earnings Statement**

Check Date: July 14, 20
Period Beginning: June 16, 20
Period Ending: June 30, 20

JAQUELYN M HOSTLER  Employee Number

| Location | 1300 | Voucher Number | 1398 |
|---|---|---|---|
| Dept | 1360 | Net Pay | 636. |
| Route | NA | | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Trip | 15.00 | 50.00 | 750.00 | 78.75 | 1181.25 |
| BonusSafe | | | | | 40.00 |
| HireIncent | | | | | 1250.00 |
| Meeting | | | | 3.25 | 33.15 |
| Misc | | | | 3.00 | 33.00 |
| RoutePay | | | | 634.00 | 11623.34 |
| Shuttle | | | | 11.75 | 129.25 |
| TELog | | | | 1.75 | 19.25 |
| **Total Gross Pay** | | 50.00 | 750.00 | 732.50 | 14309.24 |

| Taxes | Status | Taxable | Amount | YTD A |
|---|---|---|---|---|
| Medicare | | 750.00 | 10.87 | 207 |
| OASDI | | 750.00 | 46.50 | 887 |
| PA SUI - EE | | 750.00 | 0.53 | 10 |
| Marysville B | | 750.00 | 13.50 | 257 |
| Silver Spring T LST( | | 750.00 | 2.17 | 28 |
| Pennsylvania SITW | | 750.00 | 23.03 | 439 |
| Federal Income Tax | S | 750.00 | 17.29 | 729 |
| **Total Tax Withholding** | | | 113.89 | 2559 |

| Deductions | Amount | YTD A |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| | | 636.11 |
| **Total Direct Deposits** | | 636.11 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | | Doll |
|---|---|---|---|

Please use the link below to view a 401K plan notice for a trustee change - password is Employee
https://www.rohrerbus.com/employee-information/employee-announcements/

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**H.E. Rohrer LLC**
Rohrer Bus Service
PO Box 100
Duncannon, PA 17020

**Direct Deposit Advice**
Check Date        Voucher Num
July 14, 2023           139

*** This is not a check ***

1300-1360-NA  3808  139851  161
**JAQUELYN M HOSTLER**
521 ASH ST
MARYSVILLE, PA 17053

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

H.E. Rohrer LLC
Rohrer Bus Service
PO Box 100
Duncannon, PA 17020

**Earnings Statement**

Check Date: June 30, 2023
Period Beginning: June 01, 2023
Period Ending: June 15, 2023

**JAQUELYN M HOSTLER** Employee Number

| Location | 1300 | Voucher Number | 139127 |
|---|---|---|---|
| Dept | 1360 | Net Pay | 875.60 |
| Route | NA | | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| RoutePay | 0.00 | 36.00 | 660.00 | 634.00 | 11623.34 |
| Shuttle | 11.00 | 2.00 | 22.00 | 11.75 | 129.25 |
| TELog | 11.00 | 1.75 | 19.25 | 1.75 | 19.25 |
| Trip | 15.00 | 21.25 | 318.75 | 28.75 | 431.25 |
| BonusSafe | 0.00 | | 40.00 | | 40.00 |
| HireIncent | | | | | 1250.00 |
| Meeting | | | | 3.25 | 33.15 |
| Misc | | | | 3.00 | 33.00 |
| **Total Gross Pay** | | 61.00 | 1060.00 | 682.50 | 13559.24 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1060.00 | 15.37 | 196.61 |
| OASDI | | 1060.00 | 65.72 | 840.67 |
| PA SUI - EE | | 1060.00 | 0.74 | 9.49 |
| Marysville B. | | 1060.00 | 19.08 | 244.07 |
| Silver Spring T LST( | | 1060.00 | 2.17 | 26.04 |
| Pennsylvania SITW | | 1060.00 | 32.54 | 416.28 |
| Federal Income Tax | S | 1060.00 | 48.78 | 711.99 |
| **Total Tax Withholding** | | | 184.40 | 2445.15 |

**Deductions** Amount YTD Amt
No Deductions

| Direct Deposit | Account | Amount |
|---|---|---|
| | | 875.60 |
| **Total Direct Deposits** | | 875.60 |

**Benefits** Hours Amount YTD Hrs YTD Amt

**Accruals** Dollars

Please use the link below to view a 401K plan notice for a trustee change - password is Employee
https://www.rohrerbus.com/employee-information/employee-announcements/

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

---

H.E. Rohrer LLC
Rohrer Bus Service
PO Box 100
Duncannon, PA 17020

**Direct Deposit Advice**
Check Date: June 30, 2023
Voucher Number: 139127

***This is not a check***

1300-1360-NA  3808  139127  198
**JAQUELYN M HOSTLER**
521 ASH ST
MARYSVILLE, PA 17053

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

H.E. Rohrer LLC
Rohrer Bus Service
PO Box 100
Duncannon, PA 17020

**Earnings Statement**

Check Date: June 15, 2023
Period Beginning: May 16, 2023
Period Ending: May 31, 2023

**JAQUELYN M HOSTLER** Employee Number

| | |
|---|---|
| Location | 1300 |
| Dept | 1360 |
| Route | NA |

Voucher Number: 138343
Net Pay: 988.70

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| RoutePay | 0.00 | 66.00 | 1210.00 | 598.00 | 10963.34 |
| HireIncent | | | | | 1250.00 |
| Meeting | | | | 3.25 | 33.15 |
| Misc | | | | 3.00 | 33.00 |
| Shuttle | | | | 9.75 | 107.25 |
| Trip | | | | 7.50 | 112.50 |
| **Total Gross Pay** | | 66.00 | 1210.00 | 621.50 | 12499.24 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1210.00 | 17.55 | 181.24 |
| OASDI | | 1210.00 | 75.02 | 774.95 |
| PA SUI - EE | | 1210.00 | 0.85 | 8.75 |
| Marysville B. | | 1210.00 | 21.78 | 224.99 |
| Silver Spring T LST( | | 1210.00 | 2.17 | 23.87 |
| Pennsylvania SITW | | 1210.00 | 37.15 | 383.74 |
| Federal Income Tax | S | 1210.00 | 66.78 | 663.21 |
| **Total Tax Withholding** | | | 221.30 | 2260.75 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| **No Deductions** | | |

| Direct Deposits | Account | Amount |
|---|---|---|
| Total Direct Deposits | | 988.70 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Dollars |
|---|---|---|

Please use the link below to view a 401K plan notice for a trustee change - password is Employee
https://www.rohrerbus.com/employee-information/employee-announcements/

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

H.E. Rohrer LLC
Rohrer Bus Service
PO Box 100
Duncannon, PA 17020

**Direct Deposit Advice**
Check Date: June 15, 2023
Voucher Number: 138343

**\*\*\*This is not a check\*\*\***

1300-1360-NA 3808 138343 205
**JAQUELYN M HOSTLER**
521 ASH ST
MARYSVILLE, PA 17053

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.