IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JACQUELYN M. HOSTLER | : | CASE NO. 1:23-bk-01687-HMV |
| | : | |
| Debtor | : | |

## **NOTICE**

Notice is given that Debtor withdraws claim number 7 for the Borough of Marysville. Claim 8 updates claim 7 and therefore claim 7 is duplicative.

Respectfully submitted,

METTE, EVANS & WOODSIDE

Date: March 11, 2024

By: /s/ James K. Jones
James K. Jones, Esquire
Supreme Court I.D. No. 39031
3401 N. Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Telephone : (717) 232-5000
Facsimile: (717) 236-1816
jkjones@mette.com
Attorneys for Debtor

2374361v1