UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JACQUELYN M. HOSTLER<br>      Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>      Movant | : | |
| vs. | : | |
| JACQUELYN M. HOSTLER<br>      Respondent | : | CASE NO. 1-23-bk-01687 |

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 19th day of March, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J – to make tiered payments starting in November of 2024.

2. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

    a. The Plan contains inappropriate nonstandard provisions(s), contrary to § 1322(b)(11). See *In re Parkman*, 589 B.R. 567, 574 (Bankr. S.D. Miss. 2018); *In re Mank,* No. 19-04199, 2020 WL 1228671 at *2 (Bankr. E.D.N.C. Mar. 3, 2020).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
(717) 566-6097

BY: /s/Douglas R. Roeder  
Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 19th day of March, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Jones, Esquire  
2320 N. Second Street  
Harrisburg, PA 17110

/s/Deborah A. DePalma  
Office of Jack N. Zaharopoulos  
Standing Chapter 13 Trustee