UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACQUELYN M. HOSTLER
    Debtor

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1:23-bk-01687-HWV

vs.

JACQUELYN M. HOSTLER
    Respondent

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 27, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on February 27, 2024.

2. A hearing was held, and an Order was entered on December 17, 2024, directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

| | |
|---|---|
| IN RE: JACQUELYN M. HOSTLER<br>　　　　Debtor | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>　　　　Movant | CASE NO: 1:23-bk-01687-HWV |
| vs. | |
| JACQUELYN M. HOSTLER<br>　　　　Respondent | |

# NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse　　　　　　　Date: 03/05/2025
Bankruptcy Courtroom 4B
1501 North 6th Street　　　　　　　　　　　　　　　　Time: 9:35 AM
Harrisburg, PA 17102

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: January 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Douglas R. Roeder, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Id: 80016
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 717-566-6097
　　　　　　　　　　　　　　　　　　　　　　　　email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACQUELYN M. HOSTLER
   Debtor          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE      CASE NO: 1:23-bk-01687-HWV
   Movant

vs.

JACQUELYN M. HOSTLER
   Respondent

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 27, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
JAMES K JONES
METTE, EVANS & WOODSIDE
3401 NORTH FRONT STREET
HARRISBURG, PA 17110

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
JACQUELYN M. HOSTLER
521 ASH STREET
MARYSVILLE, PA 17053

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 27, 2025        /s/ Matthew Harnsberger
                 Office of Standing Chapter 13 Trustee
                 Jack N. Zaharopoulos
                 Suite A, 8125 Adams Dr.
                 Hummelstown, PA 17036
                 Phone: 717 566-6097
                 email: info@pamd13trustee.com

Case 1:23-bk-01687-HWV   Doc 59   Filed 01/27/25   Entered 01/27/25 13:24:34   Desc
Page 3 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACQUELYN M. HOSTLER
    Debtor

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1:23-bk-01687-HWV

vs.

JACQUELYN M. HOSTLER
    Respondent

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application